# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOWANDA STRICKLAND-LUCAS, *et. al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> CITIBANK, N.A. DOING BUSINESS AS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-QH2, <br><br> *Defendant*. | Civil Action No. ELH-16-0805 |

\*\*\*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is this 8th day of June 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The motion to dismiss (ECF 21) is GRANTED;

2. The Clerk shall mail a copy of the Memorandum Opinion and Order to plaintiffs; and

3. The Clerk is directed to CLOSE the case.

/s/
Ellen L. Hollander
United States District Judge