FILED: October 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1987
(1:16-cv-00805-ELH)
_____

JOWANDA STRICKLAND-LUCAS; JAMES STRICKLAND-LUCAS

      Plaintiffs - Appellants

v.

CITIBANK, N.A., d/b/a CWABS, Inc., Asset-Backed Certificates, Series 2007-QH2

      Defendant - Appellee

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk