# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

17-2300

**JOWANDA STRICKLAND-LUCAS, JAMES STRICKLAND-LUCAS,**

*Plaintiffs - Appellants*

**v.**

**CITIBANK, N.A., dba CWABS, Inc., Asset-Backed Certificates, Series 2007-QH2,**

*Defendant - Appellee*

Appeal from the United States District Court for the District of Maryland in No. 1:16-cv-00805-ELH, Judge Ellen Lipton Hollander.

## **MANDATE**

In accordance with the judgment of this Court, entered August 22, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

cc: Clerk of Court, District of Maryland (Baltimore)
Brian David Schmalzbach
James Strickland-Lucas
JoWanda Strickland-Lucas